# EXHIBIT

# B

Incident: ON THE ABOVE DATE AND TIME CO DEMOINES AND D/SGT LARRY EATON ASSISTED COURT SECURITY OFFICER ROGER SABINS IN TAKING INMATE JOHN JARVIS TO 55TH CIRCUIT COURT. ONCE COURT HAD BEEN ADJOURNED INMATE JARVIS STATED TO JUDGE BERGERON THAT HE PRAYED FOR THE DEATH OF HIS FAMILY AND AND ALSO THE DEATH OF THE JUDGES CHILDREN. WHILE WALKING TO THE ELEVATOR ON THE 3RD FLOOR IN THE GLADWIN COUNTY COURT HOUSE INMATE JARVIS WAS BEING VERY ASSAULTIVE VERBALLY SAYING THAT D/SGT L.EATON WAS THE ONE THAT HAD BEAT HIM UP AND THAT HIS WIFE SUCKS BIG NIGGER DICK. AT THAT POINT D/SGT L.EATON ADVISED INMATE JARVIS THAT HE WAS NOT MARRIED INMATE JARVIS TOLD D/SGT L. EATON THAT HIS MOTHER MUST SUCK NIGGER DICK THEN. JARVIS THEN TURNED HIS ATTENTION TO CO DEMOINES STATING THAT HE KNEW CO DEMOINES CHILD AND HE WOULD KILL HIM AND TO NOT ALLOW THE CHILD TO ATTEND SCHOOL. BY THIS TIME THE ELEVATOR DOOR HAD OPENED COURT SECURITY OFFICER ROGER SABINS INSTRUCTED INMATE JARVIS TO ENTER THE ELEVATOR INMATE JARVIS DID AS INSTRUCTED. D/SGT L EATON FOLLOWED INMATE JARVIS WITH CO DEMOINES FOLLOWING D/SGT L.EATON ONCE ALL THREE OFFICERS WERE INSIDE THE ELEVATOR INMATE JARVIS RAISED BOTH ARMS IN A THREATENING MANOR SWINGING BOTH HANDS TOWARDS THE HEAD OF D/SGT L.EATON. MISSING BUT STRIKING EATON IN THE CHEST AREA KNOCKING EATON OFF BALANCE. INMATE JARVIS THEN PUT HIS HEAD DOWN AND HEAD BUNTED D/SGT L.EATON IN THE CHEST. WHEN EATON WAS KNOCKED OFF BALANCE HIS WEAPON FELL OUT OF HIS ANKLE HOLSTER FALLING TO THE FLOOR. INMATE JARVIS ALSO SAW THE WEAPON FALL TO THE FLOOR OF THE ELEVATOR AND STRUGGLED TO PICK IT UP. CO DEMOINES AND D/SGT L.EATON BOTH RESTRAINED INMATE JARVIS. EATON ORDERED COURT OFFICER ROGER SABINS TO PICK THE GUN UP. ONCE THE COURT OFFICER HAD THE GUN INMATE JARVIS CONTINUED TO FIGHT WITH CO DEMOINES AND D/SGT L EATON AT ONE POINT INMATE JARVIS PULLED AWAY FROM EATON TURNED TO CO DEMOINES LOWERED HIS HEAD RUNNING INTO THE CHEST OF DEMOINES. SEVERAL KNEE STRIKES TO THE COMMON PERONIAL NERVE WAS ISSUED ALONG WITH MANY VERBAL COMMANDS TO STOP FIGHTING. THE KNEE STRIKES WERE EFFECTIVE IN THE SUBMISSION OF INMATE JARVIS. THE ELEVATOR REACHED ITS DESTINATION AND THE DOORS OPENED. INMATE JARVIS WAS THEN ESCORTED TO THE GLADWIN COUNTY JAIL. WHILE WALKING JARVIS TO THE JAIL HE AGAIN STATED HE WOULD KILL CO DEMOINES AND D/SGT L.EATON. AND MADE SEVERAL THREATS DIRECTED TO CO DEMOINES CHILD.

IT IS THE BELIEF OF CO DEMOINES THAT INMATE JARVIS IS VERY CAPABLE OF CARRYING OUT THE THREATS THAT WERE MADE TO HIMSELF AND FAMILY MEMBERS. CO DEMOINES WANTS TO MAKE IT KNOWN THAT BECAUSE OF THE INVOLVEMENT WITH INMATE JARVIS THAT DEMOINES WILL USE ANY AND ALL FORCE NECESSARY TO KEEP MYSELF MY FAMILY MEMBERS AND FELLOW LAW ENFORCEMENT OFFICERS SAFE FROM JOHN LOUIS JARVIS.

| Prisoner Placement: | Restraints: | N/A |
| --- | --- | --- |

| Handcuffs/Leathers: | N/A | Restraint Chair: | N/A |
|---|---|---|---|
| Time In: | | Time Out: | N/A |
| Correction Officer/s: | CO DEMOINES. | | |
| Disposition: | TURNED OVER TO THE PROSECUTORS AND JAIL ADMINISTRATOR FOR REVIEW. | | |